IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MARILYN ROBINSON SEVILLA | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| BOSTON SCIENTIFIC, INC., et al. | : | NO. 13-CV-4910 |

### **O R D E R**

AND NOW, this 26th day of November, 2013, IT IS HEREBY ORDERED that the defendants' motion to stay all proceedings pending decision on transfer to MDL No. 2326 (Dkt. # 3) is GRANTED.

This case is stayed until further action by this court or a decision on transfer by the United States Judicial Panel on Multidistrict Litigation. The parties are relieved of any pleading, discovery, or other obligation until further notice.

The Clerk of Court shall close this case for statistical purposes pending a ruling on transfer.

BY THE COURT:


/s/ J. William Ditter, Jr.
J. WILLIAM DITTER, JR., J.